NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD WEBB,                            )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-3249
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Edward Webb, pro se.


PER CURIAM.


          Affirmed.  See Webb v. State, 253 So. 3d 556 (Fla. 2d DCA 2018) (table

decision); Webb v. State, 207 So. 3d 236 (Fla. 2d DCA 2016) (table decision).


KELLY, MORRIS, and SLEET, JJ., Concur.